

**Justin Marino,** Partner   o: (212) 939-7228   f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025
```

February 3, 2025

VIA ECF

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   *Seungcheol Baek v. Sam Won Garden New York Inc., et al.*
            1:24-cv-9418-MKV

Dear Judge Vyskocil:

    This office was recently retained by Sam Won Garden New York Inc., QB Hospitality Inc., and Toni Park, (collectively, the "Defendants"), in the above-referenced matter. We write to request the following: (1) an order vacating the Clerk's Certificate of Default entered on January 15, 2025 against Defendants QB Hospitality Inc. and Sam Won Garden New York Inc. (ECF. Doc. No. 11); and (2) an order extending the time for all Defendants to answer, move or otherwise respond to the Complaint to and including March 3, 2025.

    This extension is sought because Defendants' counsel was recently retained and requires additional time to investigate the claims and prepare an appropriate response.

    This is the first request for the relief herein. Plaintiff's counsel consents to these requests.

                                Very truly yours,

                                **/s/ Justin R. Marino**

                                Justin R. Marino

cc: Plaintiff's Counsel of Record (Via ECF)

---

The Court notes that Defendants' counsel have appeared and state that they are prepared to represent Defendants in this case. However, no motion for default has yet been filed and no Default Judgment has been ordered, thus the Clerk's Certificate of Default need not be vacated. As such, Defendants' request for the Clerk's Certificate of Default to be vacated is HEREBY DENIED. Defendants' request to extend its deadline to answer the complaint to March 3, 3025 is HEREBY GRANTED.
SO ORDERED.

Date: 2/4/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge