

**Justin Marino,** Partner   o: (212) 939-7228   f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

March 3, 2025

VIA ECF

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2025
```

Re:   *Seungcheol Baek v. Sam Won Garden New York Inc., et al.*
      1:24-cv-9418-MKV

Dear Judge Vyskocil:

This office represents Sam Won Garden New York Inc., QB Hospitality Inc., and Toni Park, (collectively, the "Defendants"), in the above-referenced matter. We write to request a two-day extension order extending the time for all Defendants to answer, move or otherwise respond to the Complaint from March 3, 2025 to and including March 5, 2025.

This extension is sought because the undersigned is attending to cancer appointments for my spouse. This is the second request for an extension, but the first for the reasons set forth herein. Plaintiff's counsel consents to this request.

Very truly yours,

**/s/ Justin R. Marino**
Justin R. Marino

cc:  Plaintiff's Counsel of Record (Via ECF)

GRANTED.
SO ORDERED.

Date: 3/3/2025
New York, New York

_____
Mary Kay Vyskocil
United States District Judge