```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEUNGCHEOL BAEK,

                Plaintiff,

-against-

SAM WON GARDEN NEW YORK INC., QB HOSPITAL INC., and TONI PARK,

                Defendant.

1:24-cv-09418-MKV

**ORDER OF DISMISSAL**

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the parties stating that they have reached a settlement in principle [ECF No. 31]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and if the application to restore the action is made by July 7, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines, including the conference scheduled for June 10, 2025 at 11:00 AM, are adjourned *sine die*.

**SO ORDERED.**

Date:  **June 6, 2025**
        **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**