

**Justin Marino,** Partner    o: (212) 939-7228    f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2025
```

August 6, 2025

VIA ECF

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   *Seungcheol Baek v. Sam Won Garden New York Inc., et al.*
             1:24-cv-9418-MKV

Dear Judge Vyskocil:

    This office represents Sam Won Garden New York Inc., QB Hospitality Inc., and Toni Park, (collectively, the "Defendants"), in the above-referenced matter. We write to request an extension on our ability to restore the action for thirty-four (34) days from August 6, 2025 to and including July 7, 2025 to and including September 9, 2025.

    The Parties have yet to finalize the full terms of the settlement. Defendants are hopeful the matter will be resolved within the next thirty-four (34) days. We are optimistic this will be the final request for an extension. Defendants reached out to Plaintiff's counsel yesterday to request his input, but could not get through.

    This is the second for the relief sought herein.

                                    Very truly yours,

                                    **/s/ Justin R. Marino**
                                    Justin R. Marino

cc: Plaintiff's Counsel of Record (Via ECF)

---

GRANTED *nunc pro tunc.* If the parties do not move to reopen this case on or before September 9, 2025, this case will be dismissed with prejudice.

SO ORDERED.

Date: 8/11/2025
New York, New York

*[signature]* Mary Kay Vyskocil
United States District Judge