

**Justin Marino,** Partner   o: (212) 939-7228   f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2025
```

September 9, 2025

VIA ECF

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Seungcheol Baek v. Sam Won Garden New York Inc., et al.*
               1:24-cv-9418-MKV

Dear Judge Vyskocil:

      This office represents Sam Won Garden New York Inc., QB Hospitality Inc., and Toni Park, (collectively, the "Defendants"), in the above-referenced matter. We write to request an extension on our ability to restore the action for thirty (30) days from September 9, 2025 to and including October 9, 2025.

      The Parties have yet to finalize the full terms of the settlement. Should the matter not be resolved within the next 30-days, we will move to restore the Action. Defendants reached out to Plaintiff's counsel, but did not receive a response.

      This is the third for the relief sought herein.

                            Very truly yours,

                            **/s/ Justin R. Marino**
                            Justin R. Marino

cc: Plaintiff's Counsel of Record (Via ECF)

---

GRANTED. The Court will not grant further extensions of the deadline to reopen this case absent unforeseen and extenuating circumstances.

SO ORDERED.

Date: 9/10/2025            */s/ Mary Kay Vyskocil*
New York, New York      Mary Kay Vyskocil
                                United States District Judge